429 A.2d 106

Commonwealth v. Thier, Appellant.

 Argued March 20,

1980. Howland W. Abramson, for appellant; Donald G. Scheck, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.